Larry D. Simons, CLS-B (CA Bar No. 179239)
*larry@janus.law*
Angela A. Jones (CA Bar No. 186508)
*angela@janus.law*
**JANUS LAW**
15545 Devonshire Avenue, Suite 110
Mission Hills, California 91345
Tel: (818) 672-1778 ♦ Fax: (818) 698-1981

Indira J. Cameron-Banks (CBN 248634)
**CAMERON BANKS LAW**, A PROF. CORP.
407 N. Maple Dr., Grnd. Fl.
Beverly Hills. CA 90210
424.757.0585 | indira@cameronbanks.law

Attorneys for Defendant, Lynn A. Bethurum

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION**

| | |
|---|---|
| In re<br><br>LYNN A. BETHURUM, an individual,<br><br>        Debtor.<br>_____<br>JESSIE GARCIA, an individual, and DIANA VALVERDE, an individual,<br><br>        Plaintiffs,<br><br>v.<br><br>LYNN A. BETHURUM, an individual, and MIXAGENT, INC., a corporation,<br><br>        Defendants, | Case No. 6:25-bk-16455-RB<br><br>Chapter 7<br><br>Adv. Proc. No.<br><br>**NOTICE OF REMOVAL OF STATE CIVIL ACTION TO BANKRUPTCY COURT**<br><br>**[proposed] NOTICE OF STATUS CONFERENCE re: REMOVAL** |

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR THE**

**CENTRAL DISTRICT OF CALIFORNIA AND ALL PARTIES TO THE LAWSUIT BEING**

**REMOVED:**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. § 1452(a), 28 U.S.C. § 1441, Rule 9027(a) of the Federal Rules of Bankruptcy Procedure ("FRBP") and Local Bankruptcy Rule 9027-1(a), Debtor Defendant Lynn A. Bethurum hereby removes *Jessie Garcia, et al. vs. Lynn A. Bethurum, et al.* Case No. 22STCV30425, pending in the Superior Court of the State of California for the County of Los Angeles, in its entirety, to the United States Bankruptcy Court for the Central District of California, Riverside Division. Removal is proper and timely as follows:

1.     Plaintiffs Jessie Garcia and Diana Valverde (collectively "Plaintiffs") initiated this adversary proceeding against Debtor Defendant ("Bethurum") Lynn A. Bethurum under 11 U.S.C. § 523 (a)(2)(4) and (6) in order to exempt their unproven claim of a disputed debt from discharge in the related Chapter 7 bankruptcy proceeding, *In re: Lynn Bethurum*, Case No. 6:25-bk-16455-RB ("Ch. 7 BK"). In this instant adversary proceeding, Plaintiffs generally allege that Bethurum owes them a debt based on the payments they made to Bethurum for the talent management services he provided to Garcia, and that debt should not be discharged as part of the Ch. 7 BK.

2.     At the inception of the related Ch. 7 BK, there was a pending civil lawsuit initiated by Plaintiffs against Bethurum in California Superior Court, *Garcia, et al. v. Bethurum, et al.*, 22STCV30425, which was automatically stayed pursuant to 11 U.S.C. § 362 ("Stayed Civil Action"), and remains so to this date.  Attached hereto as **Exhibit A** is a true and accurate copy of the docket in the Stayed Civil Action.

3.     In the Stayed Civil Action, Plaintiffs asserted several claims against Bethurum that stem from talent management services agreement between Bethurum to Garcia.  The Stayed Civil action was disclosed in Defendant Debtor's related Ch. 7 BK as a contingent, disputed, unliquidated unsecured potential claim, and ultimately all the claims asserted by Plaintiffs in that lawsuit were discharged on January 9, 2026. (*Ch. 7 BK*, Dkt. 1 at 26, Dkt. 14)  Attached hereto as **Exhibit B** is a true and accurate copy of the Summons and Complaint filed by Plaintiffs against Bethurum in the Stayed Civil Action.

4.     In the Stayed Civil Action, Bethurum asserted counterclaims against Plaintiffs stemming from Garcia's breach of the talent management services agreement between Bethurum and Garcia. Those counterclaims were disclosed in Defendant Debtor's related Ch. 7 BK as an asset, and remained an asset of the estate under exclusive control of the Chapter 7 trustee until May 8, 2026,

when he abandoned them.[1] (Ch. 7 BK, Dkt. 31) Attached hereto as **Exhibit C** is a true and accurate copy of Bethurum's Cross-Complaint, asserting counterclaims against Plaintiffs asserted in the Stayed Civil Action.

5.     The Stayed Civil Action is being properly removed pursuant to 28 U.S.C. § 1452(a) (removal to bankruptcy by any party), and 28 U.S.C. § 1441 (removal to federal court by a defendant), and timely given the deadlines for removal set forth in the *Federal Rules of Bankruptcy Procedure* 9027(a)(2) (removal is timely if made within thirty 30 days of an order terminating the 11 U.S.C. § 362 stay of the pending state civil action).

6.     This Court has jurisdiction over the Stayed Civil Action pursuant to 28 U.S.C. §157 and §1334 as the claims asserted therein constitute core proceedings as defined by §157(b)(2)(B) and (C) or otherwise related to core proceedings as set forth in §157(c).  The Court has continuously had jurisdiction over these claims since September 10, 2025, when the related Ch. 7 BK was initiated by the Debtor Defendant.

7.     Debtor Defendant Bethurum consents to entry of a final judgment on the remaining viable claims in the Stayed Civil Action, namely Bethurum's counterclaims.

8.     Attached hereto as **Exhibit D**, are all documents filed in the Stayed Civil Action in chronological order.

Dated:  May 28, 2026              By:  _____ /s/ Indira J. Cameron Banks_
                                          Indira J. Cameron-Banks
                                          *Cameron Banks Law, A Prof. Corp.*

                                          Attorneys for Defendant
                                          *Lynn A. Bethurum, Defendant*

---

[1] Notably, the Ch. 7 Trustee never took any steps whatsoever to either remove the counterclaims, or prosecute them, but instead attempted to negotiate the potential sale of the counterclaims against Plaintiffs <u>to</u> Plaintiffs' counsel.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION**

| | |
|---|---|
| In re | Case No. 6:25-bk-16455-RB |
| LYNN A. BETHURUM, an individual, | Chapter 7 |
| Debtor. | Adv. Proc. No. |
| JESSIE GARCIA, an individual, and DIANA VALVERDE, an individual, | **[proposed] NOTICE OF STATUS CONFERENCE re: REMOVAL OF ACTION  PURSUANT TO LOCAL BANKRUPTCY RULE 9027-1(b)** |
| Plaintiffs, | |
| v. | |
| LYNN A. BETHURUM, an individual, and MIXAGENT, INC., a corporation, | |
| Defendants, | |

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND ALL PARTIES TO THE LAWSUIT BEING REMOVED:**

**PLEASE TAKE NOTICE** that on May 28, 2026, pursuant to 28 U.S.C. § 1452(a), 28 U.S.C. § 1441, Rule 9027(a) of the Federal Rules of Bankruptcy Procedure ("FRBP") and Local Bankruptcy Rule 9027-1(a), Debtor Defendant Lynn A. Bethurum removed *Jessie Garcia, et al. vs. Lynn A. Bethurum, et al*. Case No. 22STCV30425, pending in the Superior Court of the State of California for the County of Los Angeles, in its entirety, to the United States Bankruptcy Court for the Central District of California, Riverside Division.

Accordingly, pursuant to Local Bankruptcy Rule 9027-1(b), this Court will hereby hold a status conference on removal pursuant to Local Bankruptcy Rule 9027-1(b) as follows:

DATE:            _____

TIME:            2:00 p.m.

CRTRM:           301 in the United States Bankruptcy Court, Central District of California –

Riverside Division, 3420 Twelfth Street, Riverside, CA 92501

Dated: _____, 2026            By:  _____

Honorable Magdalena Reyes Bordeaux
U.S. Bankruptcy Court Judge

## <u>PROOF OF SERVICE</u>

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is as follows:  Cameron Banks Law, 407 N. Maple Dr., Grnd. 1, Beverly Hills, CA 90210.

On ___5/28/2026___, I served the document(s) listed immediately below on each person(s) and/or entity(ies) named below by causing the document(s) to be mailed, hand-delivered, e-mailed, or faxed, as indicated herein: NOTICE OF REMOVAL OF STATE CIVIL ACTION TO BANKRUPTCY COURT; [proposed] NOTICE OF STATUS CONFERENCE

Person(s) and/or entity(ies) to whom/which the above document(s) were mailed:

| Adam Burch, Ryan McCarl<br>Rushing McCarl LLP<br>2219 Main St., No. 144<br>Santa Monica, CA 90405<br>adam.burch@rushingmccarl.com<br>ryan.mccarl@rushingmccarl.com | Tania M. Moyron<br>Dentons US LLP<br>601 S. Figueroa St., 2500 Los<br>Angeles, CA 90017<br>tania.moyron@dentons.com | Todd A. Frealy<br>Ch. 7 Trustee<br>3402 Tenth St., Ste. 709<br>Riverside, CA 92501<br>taftrustee@lnbyg.com | US Trustee<br>3801 University Ave., Ste. 720<br>Riverside, CA 92501-3200<br>ustpregion16.rs.ecf@usdoj.gov | Clerk of Court<br>Stanley Mosk Courthouse<br>111 N. Hills St., Rm 102<br>Los Angeles, CA 90012 |
|---|---|---|---|---|

[  ]  BY MAIL — I caused such envelope with postage fully prepaid thereon to be placed in the United States Mail within Los Angeles County.

[  ]  BY OVERNIGHT MAIL — I caused such document(s) to be placed in a box or other facility regularly maintained by an express mail carrier, in an envelope designated by such carrier with delivery fees fully prepaid thereon, or provided for, addressed to the person on whom it is to be served, within Los Angeles County.

[  ]  BY FACSIMILE — I caused such document(s) to be faxed to the following number(s):

[ x ]  BY HAND-DELIVERY — I caused such document(s) to be delivered by hand to each person(s) and/or entity(ies) AS FOLLOWS: Clerk of Court, Stanley Mosk Courthouse 111 N. Hills St., Rm 102 Los Angeles, CA 90012 .

[ X ]  BY E-MAIL — I caused such document(s) to be electronically transmitted to the following e-mail address(es): adam.burch@rushingmccarl.com; ryan.mccarl@rushingmccarl.com tania.moyron@dentons.com   taftrustee@lnbyg.com ustpregion16.rs.ecf@usdoj.gov

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _____5/28/26_____ at Los Angeles County, California.

___/s/ Indira J. Cameron-Banks_____